IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00365-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ROBERT EARL GLASPER III,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about October 25, 2021, in the District of Colorado and elsewhere, and on an aircraft in the special aircraft jurisdiction of the United States, the defendant, ROBERT EARL GLASPER III, while a passenger on Frontier Airlines flight 626, which landed in the District of Colorado, did knowingly engage in sexual contact with another passenger on the plane (the "Victim") without the Victim's permission in that GLASPER intentionally touched the Victim's inner thigh with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person.

All in violation of Title 49, United States Code, Section 46506(1) and Title 18, United States Code, Section 2244(b).

## COUNT 2

On or about October 25, 2021, in the District of Colorado and elsewhere, and on an aircraft in the special aircraft jurisdiction of the United States, the defendant, ROBERT EARL GLASPER III, while a passenger on Frontier Airlines flight 626, which landed in the District of Colorado, committed an act that, if committed in the District of Columbia would violate District of Columbia Code § 22-1312 (formerly D.C. Code § 22-1112) in that GLASPER did intentionally and in public make an obscene or indecent exposure of his genitalia and engage in masturbation.

All in violation of Title 49, United States Code, Section 46506(2).

## COUNT 3

On or about October 25, 2021, in the District of Colorado and elsewhere, and on an aircraft in the special aircraft jurisdiction of the United States, the defendant, ROBERT EARL GLASPER III, while a passenger on Frontier Airlines flight 626, which landed in the District of Colorado, did assault another passenger on the plane (the "Victim") by the attempt of an unwanted, offensive touch.

All in violation of Title 49, United States Code, Section 46506(1) and Title 18, United States Code, Section 113(a)(5).

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By: <u>*s/ Andrea Surratt & Melissa Hindman*</u>
Andrea Surratt & Melissa Hindman
Assistant U.S. Attorneys
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Andrea.Surratt@usdoj.gov
         Melissa.Hindman@usodoj.gov
Attorneys for Government