| | |
|---|---|
| DEFENDANT: | ROBERT EARL GLASPER, III |
| YOB/AGE: | 1995/26 years |
| COMPLAINT FILED? | __x____ Yes  _____ No |
| | If Yes, MAGISTRATE CASE NUMBER  21-mj-176-NRN |
| OFFENSE(S): | (1) 49 U.S.C. § 46506(1) & 18 U.S.C. § 2244(b) (Sexual contact without permission within special aircraft jurisdiction) <br> (2) 49 U.S.C. § 46506(2) (Lewd, indecent, obscene acts within special aircraft jurisdiction) <br> (3) 49 U.S.C. § 46506(1) & 18 U.S.C. § 113(a)(5) (Simple assault within special aircraft jurisdiction) |
| LOCATION OF OFFENSE: | Denver County, Colorado & special aircraft jurisdiction of the United States |
| PENALTY: | (1) 49 U.S.C. § 46506(1) & 18 U.S.C. § 2244(b) → NMT 2 years imprisonment; NMT $250,000 fine, or both; NMT 1 year SR, $100 SA <br> (2) 49 U.S.C. § 46506(2) → NMT 90 days' imprisonment; NMT $5,000 fine, or both; NMT 1 year SR; $10 SA <br> (3) 18 U.S.C. § 113(a)(5) → NMT 6 months' imprisonment; NMT $5,000 fine, o both; NMT 1 year SR; $10 SA |
| AGENT: | SA Brandon Barnes, FBI |
| AUTHORIZED BY: | Andrea Surratt <br> Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

__x_ five days or less  ____ over five days

THE GOVERNMENT

X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.