IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00365-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROBERT EARL GLASPER, III,

       Defendant.
_____

**NOTICE OF APPEARANCE**
_____

    The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

                      Respectfully submitted,

                      VIRGINIA GRADY
                      Federal Public Defender


                      *s/ Kilie Latendresse*
                      Kilie Latendresse
                      Assistant Federal Public Defender
                      633 17th Street, Suite 1000
                      Denver, CO  80202
                      Telephone:  (303) 294-7002
                      FAX:  (303) 294-1192
                      Kilie_Latendresse@fd.org
                      Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2021, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Andrea Lee Surratt, Assistant United States Attorney
    Email:  andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Robert Earl Glasper, III     *via U.S. mail*

        *s/ Kilie Latendresse*
        Kilie Latendresse
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Kilie_Latendresse@fd.org
        Attorney for Defendant