*United States*

*v.*

*Robert Earl Glasper, III*

Case No. 21-cr-00365-WJM

**ATTACHMENT A - Video of Body Worn Camera Footage Depicting Mr. Glasper's Interactions with Denver Police Officers**

**Video Clip found at INV_00000118**

(Attachment to be submitted to the Clerk's Office via hand-delivery and Government Counsel by US Mail)