Page 1 of 2

GO/CAD No. 2021 804 7840

## Denver Police Department / Departamento de Policía de Denver
### STATEMENT / DECLARACIÓN

**Name (Last, First, Middle Initial) / Nombre:** Stolley, David

**Person Making Statement Is:** ☒ Officer  ☐ Witness  ☐ Person Advised/Victim
**Serial Number:** 89030

**Residence Street Address / Dirección de residencia:** 8500 Pena Blvd (AOB)
**Zip Code:** 80249

**Business Phone:** 303-342-4134

**Officer Taking Statement:** D. Stolley
**Serial No.:** 89030
**Date:** 10-25-2021
**Time:** 2150

**Concerning an Incident occurring at:** 8700 Pena Blvd A-44
**Location Where Statement was Taken:** AOB

**Summary of Statement:** BWC Activated

On 10-25-2021 I covered 931/932 and 911 on an incoming flight from Sacramento, Physical disturbance. On Arrival at about 2044 hours. I talked to the Captain (Pilot) who advised of a Sexual Assault. One Passenger grabbed the other passenger. Flight attendant handed me Statement from Victim and witness. I reviewed the statements and handed them to Officer Ziegler. I contacted suspect Robert Glasper (5-22-█████). I Advised him of his Miranda rights, verbally. Glasper was advised of what he was being accused of Sexual Assault. He advised I did Not know what I was talking about. He then stated he had NO ID, it was consensual and he did not want to talk any more. See BWC.

I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.

**Date:** 10/25/2021
**Time Statement Completed:** 2211 p.m.
**Signature of Person Making Statement:** David Stolley 89030

DPD 366 (Rev. 06/19)

DEFENDANT'S EXHIBIT B
US v. Glasper
21-cr-00365-WJM

INV_00000091