*United States*

*v.*

*Robert Earl Glasper, III*

Case No. 21-cr-00365-WJM

## ATTACHMENT C – Audio Recording of Custodial Interview with Special Agent Barnes

## Audio Clip found at INV_00000099

(Attachment to be submitted to the Clerk's office via hand-delivery and Government Counsel by US Mail)