FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

Date of entry    11/03/2021

    Robert Glasper, date of birth 22 May ▮▮▮▮, was interviewed on 26 October 2021 at the Denver International Airport.  Prior to starting the interview, Glasper was advised of his Constitutional rights per *Miranda* as contained on the FBI Advice of Rights form (FD-395).  Glasper stated that he understood, but did not sign the form.  FBI Special Agent (SA) Brandon Barnes and Denver Police Department Officer Christina Zavala witnessed SA Barnes reading the advice of rights form to Glasper and Glasper's acknowledgement of understanding.  Although, SA Barnes and Officer Zavala neglected to sign the FD-395 form as witnesses, the audio recording of the interview captures SA Barnes reading the advise of rights to Glasper and Glasper's acknowledgement of understanding.  Refer to the 1A package for the FD-395.

    [AGENT NOTE 1: The situation described hereafter occurred on Frontier flight 626 from Sacramento, California to Denver, Colorado on 25 October 2021.  This custodial interview took place in a holding cell at the DPD office located at the Denver International Airport (DEN).  END AGENT NOTE 1]

    **[AGENT NOTE 2: The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties at the interview were electronically recorded. The recording captures the actual words spoken. END AGENT NOTE 2]**

    This flight was Glasper's first flight.  After this flight, he was supposed to take a morning flight to Dallas, Texas.  Glasper is from Oakland, California.

    Glasper denied the allegations of touching another passenger and playing with himself or jacking off [masturbating] on the flight.  In reference to the allegations, Gasper stated, "That didn't happen."

Investigation on  10/26/2021  at  Denver, Colorado, United States (In Person)

File #  164D-DN-3513572                                Date drafted  11/02/2021

by  BARNES BRANDON

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DEFENDANT'S EXHIBIT D
US v. Glasper
21-cr-00365-WJM

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of  (U) Interview of Robert Glasper on 26 October 2021 , On 10/26/2021 , Page 2 of 2

164D-DN-3513572

    Glasper stated that the person next to him was grabbing his leg and holding his hand. Glasper was talking with this other passenger in a "regular conversation" and this passenger was smiling, laughing, and playing a game on his phone. Glasper stated "I'm not going to jail right now because I didn't do anything wrong."

    At one point in the interview, Glasper stated, "This is just a dream." Towards the end of the interview, he asked the interviewing Agent, "What did I just say?" Glasper did not respond to questions regarding whether he was under the influence of drugs or alcohol.