FD-1087a (Rev. 5/88/10)

UNCLASSIFIED


OFFICIAL RECORD
Document particulars have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION
### Collected Item Log

**Event Title:** (U) Robert Glasper custodial Interview  
**Date:** 11/02/2021

**Approved By:** SSA Sean A McGovern

**Drafted By:** BARNES BRANDON

**Case ID #:** 164D-DN-3513572  
(U) ROBERT GLASPER - SUBJECT;  
FRONTIER FLIGHT 626;  
███████████ VICTIM;  
10/25/2021;  
CAA - SEXUAL ASSAULTS

**Details:**

On 26 October 2021 at approximately 12:27 a.m. Mountain Daylight Time (MDT), FBI Denver performed a custodial interview of Robert Glasper, date of birth 22 May ████. The recording device was a Zoom H1n "Handy Recorder," FBI property number F2666977. The Secure Digital (SD) memory card used to store the recording was a Toshiba M203 16 Gigabyte (GB) Micro HD3 with identifier "Taiwan 1851VP5955A." The duration of the recording was 13 minutes and 28 seconds. On 1 November 2021, FBI Denver created a CD from the recording on the SD card and is submitting this original CD to evidence.

**Collected From:** (U) Special Agent Brandon Barnes  
FBI

**Receipt Given?:** No

**Holding Office:** DN - DENVER

| Item Type | Description |
|---|---|
| 1D | (U) Recording of custodial interview of Robert Glasper<br>Collected On: 10/26/2021 02:27 AM EDT<br>ELSUR Evidence Type: Interview - Custodial |

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.


DEFENDANT'S EXHIBIT E
US v. Glasper
21-cr-00365-WJM

**UNCLASSIFIED**

Title: (U) Robert Glasper custodial Interview
Re: 164D-DN-3513572, 11/02/2021

        Media Type: CD/DVD/Blu-ray
        Original Type: Original - Physical Media
        Surveillance Start: 10/26/2021
        Surveillance End: 10/26/2021

◆◆