IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 2021CR365

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT EARL GLASPER III,

        Defendant.

_____

**MOTION FOR A BILL OF PARTICULARS AS TO COUNT THREE OF THE INDICTMENT**
_____

      Robert Earl Glasper III, through counsel, and pursuant to Fed. R. Crim. P. 7, hereby respectfully moves the Court for an order directing the Government to provide a bill of particulars notifying him of what act he is accused of committing that constituted an attempt of an unwanted, offensive touch as alleged in count three of the indictment. In support of this motion, Mr. Glasper states the following:

      Count three of the Indictment charges Mr. Glasper with simple assault in violation of 18 U.S.C. § 113(a)(5). More specifically, the Government alleges that on October 25, 2021, Mr. Glasper assaulted another passenger on an airplane "by the attempt of an unwanted, offensive touch." See Indictment, ECF 11. It is not clear from the information provided in discovery what alleged conduct by Mr. Glasper forms the basis for this charge, and the Government has not responded to our requests for clarification on this issue.

1

Defense counsel sent an e-mail to Assistant United States Attorney Andrea Surrat on November 24, 2021 requesting clarification as to what the charged conduct is for count three, and Ms. Surrat's response to the e-mail did not contain an answer to this question. Defense counsel again asked Ms. Surrat for notice as to the charged conduct for the simple assault count in an e-mail sent on December 1, 2021 and, again, Ms. Surrat's response to the e-mail did not answer question.

The information provided in discovery contains multiple statements by the alleged victim, who sat next to Mr. Glasper on a flight from Sacramento to Denver. In one of these statements, the alleged victim claimed that Mr. Glasper touched the inside of the alleged victim's thigh. This accusation presumably forms the basis for count one, in which Mr. Glasper is specifically charged with touching the alleged victim's inner thigh, and therefore cannot also form the basis for count three. *See* Fed. R. Crim. P. 12(b)(3)(ii) (proscribing multiplicity in an indictment). Aside from that accusation, the discovery contains descriptions of multiple instances of physical contact between Mr. Glasper and the alleged victim during the course of the flight and after the boarding doors were closed. Without knowing exactly what act Mr. Glasper is alleged to have committed that forms the basis for count three, it is impossible for Mr. Glasper to adequately prepare his defense.

**I.      The Government Must Provide a Bill of Particulars Notifying Mr. Glasper of the Nature of the Charges Against Him.**

Rule 7(c) of the Federal Rules of Criminal Procedure states that an indictment "must be a plain, concise, and definite written statement of the essential facts

constituting the offense charged." The indictment must sufficiently apprise the defendant of what he must be prepared to meet. *See United States v. Hall,* 20 F.3d 1084, 1087 (10th Cir. 1994).

Mr. Glasper requests the government provide a bill of particulars for count three. The purpose of a bill of particulars is to inform the defendant of the nature of the charge against him with sufficient precision to enable him to prepare for trial, to avoid or minimize the danger of surprise at time of trial and to enable him to plead his acquittal or conviction in bar of another prosecution for the same offense when the indictment itself is too vague and indefinite for such purposes. *Wyatt v. United States,* 388 F.2d 395, 397 (10th Cir. 1968).

Count three of the indictment contains no specific facts to support the charge of simple assault. As a result, he is not able to properly defend against this charge. Mr. Glasper is entitled to know what specific factual violations the government intends to prove up at trial and a bill of particulars is an appropriate means to provide such information. *United States v. Staggs,* 881 F.2d 1527, 1536 (10th Cir. 1989). Given the inadequacy of the indictment and the government's apparent reluctance to notify Mr. Glasper of what he is being accused of with respect to count three, Mr. Glasper is entitled to a bill of particulars in order to adequately prepare his defense to that charge.

Wherefore, for the foregoing reasons, Mr. Glasper respectfully requests this Court order the government to provide Mr. Glasper with a bill of particulars as to count three of the indictment. Mr. Glasper makes this request pursuant to Fed. R. Crim. P. 7

and his rights under the Fifth, Sixth, and Fourteenth Amendments to the United States Constitution.

<div style="margin-left: 3em;">

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Kilie Latendresse
Kilie Latendresse
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Kilie_Latendresse@fd.org
Attorney for Defendant

*s/ Stephanie Snyder*
Stephanie Snyder
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Stephanie_Snyder@fd.org
Attorney for Defendant

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2021, I electronically filed the foregoing **MOTION FOR A BILL OF PARTICULARS AS TO COUNT THREE OF THE INDICTMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Andrea Surratt, Assistant United States Attorney
Email: Andrea.Surratt@usdoj.gov

Melissa Hindman, Assistant United States Attorney
Email: Melissa.Hindman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Robert Earl Glasper, III    *via U.S. mail*

    s/Kilie Latendresse
    Kilie Latendresse
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Kilie_Latendresse@fd.org
    Attorney for Defendant