IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00365-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ROBERT EARL GLASPER III,**

    **Defendant.**

---

### NOTICE OF DISPOSITION

---

Defendant, Robert Earl Glasper III, by and through counsel, Stephanie Snyder, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in this case with the government. The parties are requesting permission contact the Court to schedule a change of plea hearing.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Stephanie Snyder
    STEPHANIE SNYDER
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Stephanie.Snyder@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Andrea Surratt, Assistant United States Attorney
Email: Andrea.Surratt@usdoj.gov

Melissa Hindman, Assistant United States Attorney
Email: Melissa.Hindman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Robert Earl Glasper, III        *via U.S. mail*

s/ Stephanie Snyder
STEPHANIE SNYDER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Stephanie.Snyder@fd.org
Attorney for Defendant