IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: 2/10/2022
Courtroom Deputy: Heidi L. Guerra
Court Reporter: Mary George

| Criminal Action No.: **1:21-cr-00365-WJM-1** | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Surratt |
| | Melissa Hindman |
| Plaintiff, | |
| v. | |
| ROBERT EARL GLASPER III, | Stephanie Snyder |
| | Kilie Lantendresse |
| Defendant. | |

### COURTROOM MINUTES

**Change of Plea Hearing**

**10:04 a.m.**   Court in session.

Court calls case. Appearances of counsel. Defendant is present in custody.

Defendant placed under oath by Courtroom Deputy.

Court finds the Plea Agreement problematic. Parties discussed case issues.

**ORDERED:** Change of Plea continued to 2/25/2022 at 10:00 a.m.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

**10:18 a.m.**   Court in recess. Hearing concluded.

Total time in court: 14 minutes