IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: 2/25/2022
Courtroom Deputy: Heidi L. Guerra
Court Reporter: Terri Lindblom

| | |
|---|---|
| Criminal Action No.: **1:21-cr-00365-WJM-1** | Counsel: |
| UNITED STATES OF AMERICA, | Melissa Hindman |
| | Andrea Surratt |
| Plaintiff, | |
| v. | |
| ROBERT EARL GLASPER III, | Stephanie Snyder |
| | Kilie Latendresse |
| Defendant. | |

## COURTROOM MINUTES

**Change of Plea Hearing**

**10:08 a.m.**   Court in session.

Court calls case.  Appearances of counsel. Defendant is present in custody.

Defendant placed under oath by Courtroom Deputy.

Parties addressed the Court about the Plea Agreement.

The parties request to proceed with a modified Presentence Investigation Report from the Probation Office is denied.

**10:42 a.m.**   **Court in recess.**
**11:07 a.m.**   **Court back in session.**

Parties addressed the Court about the Defendant's statements on the record.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant advised of maximum penalties.

Defendant re-arraigned on Counts 2 and 3 of the Indictment.

Defendant pleads guilty to Counts 2 and 3 of the Indictment.

**ORDERED:** Court's Exhibit 1 - Plea Agreement and Court's Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty are received into evidence.

**ORDERED:** Defendant's plea of guilty to Counts 2 and 3 is ACCEPTED.

**ORDERED:** The U.S. Probation Office shall prepare a Presentence Investigation Report and Sentencing Statement. In accordance with this Court's Revised Practice Standards, all motions for a sentencing departure, for a statutory variant sentence outside the advisory guideline range, for a change in offense level, to dismiss counts or the indictment, or for acceptance of responsibility, must be filed no later than 14 days prior to the date of the sentencing hearing. Responses to such motions must be filed at least 7 days prior to the date of the sentencing hearing. Sentencing-related filings not in compliance with these deadlines may result in a continuance of the sentencing hearing.

**ORDERED: Sentencing is set for July 22, 2022 at 2:15 p.m.**

**ORDERED:** Parties shall file joint or separate filings pertaining to Sentencing by March 11, 2022.

**ORDERED:** All hearings and settings in this case other than the Sentencing date are hereby vacated.  Any pending motions are hereby denied as moot.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

**11:34 a.m.    Court in recess. Hearing concluded.**

Total time in court: 1 hour 1 minute