IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-365-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT GLASPER,

    Defendant.

## GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTION TO PRESENTENCE INVESTIGATION REPORT

    The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits the following response to the defendant's objection to the presentence investigation report ("PSR") [ECF #34].

    The PSR in the above-captioned matter recommends that the defendant be sentenced to three years of probation on each of Counts Two and Three, to run concurrent to one another. [ECF #33-1]. The defendant objects, contending that as a matter of law, he has already served the maximum allowable term of incarceration on Count Three and that count of conviction does not allow for both a sentence of incarceration and a sentence of probation. The defendant asks that the Court sentence the defendant to a sentence of time served on Count Three. [ECF #34, p.1-2].

    The defendant also notes, however, that the Court can—and should—place the defendant on probation for Count Two, as contemplated by the plea agreement between the parties.

1

The Government agrees with the defendant's analysis in this regard and asks that the Court sentence the defendant to time served on Count Three and three years' probation on Count Two.

Respectfully submitted this 3rd day of June, 2022.

        COLE FINEGAN
        Acting United States Attorney

By:    *s/ Andrea Surratt*
        Andrea Surratt
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        e-mail: Andrea.Surratt@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this date, June 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*s/Portia Peter*
Portia Peter
Legal Assistant
United States Attorney's Office