IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-365-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ROBERT EARL GLASPER III,

    Defendant.

### GOVERNMENT'S RULE 48 MOTION TO DISMISS COUNTS

    The United States of America, by and through undersigned Assistant United States Attorney, and in accordance with the plea agreement in this matter, hereby files the Government's Fed. R. Crim. P. 48(a) Motion to Dismiss Counts as to defendant ROBERT EARL GLASPER III in the above-captioned matter.  As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On November 3, 2021, the defendant was indicted in three counts.  [ECF #11].

    2.    On February 25, 2022, the defendant pled guilty to counts Two and Three of the Indictment, pursuant to a plea agreement.  [ECF #28-29].

    3.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves to dismiss Count One of the Indictment.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of Count One of Indictment 21-cr-365-WJM.

Respectfully submitted this 15th day of June, 2022.

COLE FINEGAN
United States Attorney

By:   s/ Andrea Surratt
Andrea Surratt
Assistant United States Attorney
U.S. Attorney's Office
1801 California St., Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
e-mail: Andrea.Surratt@usdoj.gov
Attorney for the Government