IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Date: | June 15, 2022 |
| Courtroom Deputy: | Heidi L. Guerra |
| Court Reporter: | Mary George |
| Probation Officer: | Michelle Means |

| | |
|---|---|
| Criminal Action No. **1:21-cr-00365-WJM-1** | Counsel: |
| UNITED STATES OF AMERICA, | Andrea Lee Surratt |
| Plaintiff, | |
| v. | |
| ROBERT EARL GLASPER III, | Stephanie Maureen Snyder |
| | Kilie A. Latendresse |
| Defendant. | |

## COURTROOM MINUTES

**Sentencing Hearing**

**9:33 a.m.   Court in session.**

Court calls case. Appearances of counsel. Defendant is present in custody. Probation Officer present in courtroom.

Defendant placed under oath by Courtroom Deputy.

Defendant's [34] Objection is sustained.

**ORDERED:**   The Government's [41] Motion to Dismiss Counts is granted; Count 1 is dismissed with prejudice.

Court's remarks regarding defendant's offense level, criminal history level and sentencing guidelines range.

Argument given on sentencing.

The Court states its consideration of the history and characteristics of the defendant under 18 U.S.C. § 3553(a).

Court's findings and conclusions.

**ORDERED:** The Plea Agreement between the parties is ACCEPTED.

**ORDERED:** Defendant shall be on probation for a term of 3 years as to Count 2 of the Indictment. Defendant sentenced to a period of imprisonment of time served as to Count 3 of the Indictment.

**ORDERED:** Defendant shall be released from custody as soon as practicable, but in no event later than one week from today, June 22, 2022.

**ORDERED:** The defendant shall be subject to the standard, mandatory, and special conditions of supervised release, as stated on the record. Defendant shall pay a special assessment of $20, due and payable immediately. Payment of any fine is waived.

**ORDERED:** The defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant is formally advised of his limited right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

**10:10 a.m.    Court is adjourned. Hearing concluded.**

Total time in court: 37 minutes