PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**FILED**
Nov 02, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**DOCKET NUMBER** *(Tran. Court)*
1:21CR00365-1

**DOCKET NUMBER** *(Rec. Court)*
1:22-CR-00289-SAB

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Robert Earl Glasper, III<br>Modesto, California | District of Colorado | Denver |

**NAME OF SENTENCING JUDGE**
The Honorable William J. Martinez, U.S. District Judge

| DATES OF PROBATION/ ~~SUPERVISED RELEASE~~ Probation | FROM 09/21/2022 | TO 09/20/2025 |
|---|---|---|

**OFFENSE**

Count 2: Lewd, Indecent, Obscene Acts Within Special Aircraft Jurisdiction 49 U.S.C. § 46506(2) Not more than 90 days imprisonment/$5,000 fine (Class B Misdemeanor); Count 3: Simple Assault Within Special Aircraft Jurisdiction 18 U.S.C. § 113(a)(5) and 49 U.S.C. § 46506(1) Not more than 6 months imprisonment/$5,000 fine (Class B Misdemeanor)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 31, 2022
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Nov 2, 2022
*Effective Date*

~~United States District Judge~~
**Stanley A. Boone-United States Magistrate Judge**